

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00318-CR**

**IN RE RICHARD ST. JOHN BRUCKER**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Petition denied
Opinion delivered and filed September 25, 2019
[OT06]

